UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEON T. LEE (#375231)

VERSUS                                        CIVIL ACTION

S.J. "SID" GAUTREAUX                          NUMBER 12-34-JJB-SCR

**<u>NOTICE</u>**

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.
    In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Baton Rouge, Louisiana, March 27, 2012.

                                   /s/ Stephen C. Riedlinger
                                   STEPHEN C. RIEDLINGER
                                   UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEON T. LEE (#375231)

VERSUS                                          CIVIL ACTION

S.J. "SID" GAUTREAUX                            NUMBER 12-34-JJB-SCR

**MAGISTRATE JUDGE'S REPORT**

On January 23, 2012, the plaintiff was ordered to pay an initial partial filing fee in the amount of $31.18 within 20 days. Plaintiff failed to pay the initial partial filing fee. On March 6, 2012, the plaintiff was ordered to show cause on March 23, 2012, why his complaint should not be dismissed for failure to pay the initial partial filing fee.[1]

Plaintiff failed to respond to the show cause order or pay the initial partial filing fee as ordered.

RECOMMENDATION

It is the recommendation of the magistrate judge that the plaintiff's complaint be dismissed, without prejudice, for failure to pay the initial partial filing fee.

Baton Rouge, Louisiana, March 27, 2012.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 4.