UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEON T. LEE (#375231)

VERSUS

S.J. "SID" GAUTREAUX

CIVIL ACTION

NO. 12-34-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated March 27, 2012 (doc. no. 5) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED, without prejudice, for failure to pay the initial partial filing fee.

Baton Rouge, Louisiana, April 23, 2012.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA